IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDY ADAMS and HEATHER ADAMS,
husband and wife, et al.,

      Plaintiffs,

      v.

UNITED STATES OF AMERICA, et al.,

      Defendants.
_____/

Civ. No. S-04-979 DFL KJM PS

<u>RELATED CASE ORDER</u>

IN RE:
TERRY ALLEN ADAMS, SR., AND
LINDA GAIL ADAMS,

      Debtors.
_____

Civ. No. 07-382 MCE DAD
Bky. No. 06-23050-A-7
Adversary No. 06-2388

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

PATRICK McCAULEY AND PATRICIA
McCAULEY,

      Defendants.
_____/

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123

1  (E.D. Cal. 2005).  Accordingly, the assignment of the matters to
2  the same judge and magistrate judge is likely to effect a
3  substantial savings of judicial effort and is also likely to be
4  convenient for the parties.
5       The parties should be aware that relating the cases under
6  Local Rule 83-123 merely has the result that these actions are
7  assigned to the same judge and magistrate judge; no consolidation
8  of the actions is effected.  Under the regular practice of this
9  court, related cases are generally assigned to the judge and
10 magistrate judge to whom the first filed action was assigned.
11      IT IS THEREFORE ORDERED that the action denominated
12 CIV. No. 07-382 MCE DAD be reassigned to Judge David F. Levi and
13 Magistrate Kimberly J. Mueller for all further proceedings, and
14 any dates currently set in this reassigned case only are hereby
15 VACATED. Henceforth, the caption on documents filed in the
16 reassigned case shall be shown as CIV. No. 07-382 DFL KJM.
17      IT IS FURTHER ORDERED that the Clerk of the Court make
18 appropriate adjustment in the assignment of civil cases to
19 compensate for this reassignment.
20      IT IS SO ORDERED.
21 DATED:   March 30, 2007

                                /s/ David F. Levi
                                DAVID F. LEVI
                                United States District Judge

2